No. 663. FLORIDA CITRUS COMMISSION ET AL. *v.* UNITED STATES ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *M. W. Wells, Lewis W. Petteway, R. Y. Patterson, Jr., Karl D. Loos* and *Frank C. Brooks* for appellants. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Robert W. Ginnane* and *Charlie H. Johns* for the United States and the Interstate Commerce Commission, *Roland J. Lehman, Robert H. Bierma, John H. Colgren, Alfred S. Knowlton, D. Fred McMullen, Russell L. Frink* and *Harold B. Wahl* for the Atlantic Coast Line Railroad Co. et al., *Warren H. Wagner* for George A. Hormel & Co. et al., and *Nuel D. Belnap* for Armour & Co. et al., appellees.

No. 762. WISNIEWSKI *v.* UNITED STATES. On certificate from the United States Court of Appeals for the Eighth Circuit. To enable this Court to consider the sufficiency of the certificate, the Court of Appeals for the Eighth Circuit is directed to forward to this Court a certified transcript of record.